DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LUCIANO DEL LUPO** and **MARIE LUISA DEL LUPO**,
Appellants,

v.

**BAYVIEW LOAN SERVICING, LLC,**
**THE MEADOWS MAINTENANCE ASSOCIATION, INC.,**
**THE TOWN FOUNDATION, INC.** and
**SUNTRUST BANK**,
Appellees.

No. 4D17-3634

[February 7, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry J. Stone, Senior Judge; L.T. Case No. 062009CA064971AXXXCE.

Jonathan Kline of Jonathan Kline, P.A., Weston, for appellants.

Jacqueline J. Brown and Sean P. Belmudez of McCabe, Weisberg & Conway, LLC, Tampa, for appellee Bayview Loan Servicing, LLC.

PER CURIAM.

*Affirmed.*

GERBER, C.J., CIKLIN and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***